IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REHABCARE GROUP EAST, INC. d/b/a REHABCARE, | ) ) ) | |
| PLAINTIFF | ) ) ) | |
| v. | ) ) ) | Case No. 7:17-cv-00133-BO |
| SSL OF WARSAW NC, LLC d/b/a WARSAW HEALTH & REHAB and SOVRAN SENIOR LIVING, LLC d/b/a WARSAW HEALTH & REHABILITATION CENTER | ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

## JUDGMENT

This action having been commenced on June 28, 2017, and a copy of the Summons and Complaint served on Defendant, SSL of Warsaw NC, LLC d/b/a Warsaw Health & Rehab ("SSL") on July 20, 2017, and on Defendant, Sovran Senior Living, LLC d/b/a Warsaw Health & Rehabilitation Center ("Sovran" and collectively with SSL, the "Defendants") on July 19, 2017, and Defendants not having answered or otherwise appeared within the time for answering the Complaint,

It is ORDERED, ADJUDGED, and DECREED that the Plaintiff, RehabCare Group East, Inc. d/b/a RehabCare, have joint and several judgment against Defendants for the following:

1. Damages in the principal amount of $320,113.73;

2. Prejudgment interest through June 6, 2016 in the amount of $34,972.69 with *per diem* interest in the amount of $158.21 for each day thereafter until entry of judgment;

3. Post-judgment interest from the date of judgment accruing at the applicable rate;

4. Attorneys' fees in the amount of $4,904.50; and

5. Costs of this action in the amount of $413.96.

THIS IS A FINAL AND APPEALABLE JUDGMENT; THERE BEING NO JUST CAUSE FOR DELAY IN ITS ENTRY.

Dated: 10-23-17

TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT

Tendered by:

/s/ Barry S. Cobb
Barry S. Cobb
YATES, MCLAMB & WEYHER L.L.P.
P. O. Box 2889
Raleigh, NC 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
bcobb@ymwlaw.com
*Counsel for Plaintiff*